ADR

1 | Your Name: BRIAN R. GRANTHAM
2 | Address: 1290 EAST 23RD ST, MERCED, CA 95340
3 | Phone Number: (209) 261-2602
4 | Fax Number: —
5 | E-mail Address: BRIGRANTHAM@AOL.COM
6 | Pro Se Plaintiff

E-FILING

FILED
SEP 21 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court

Northern District of California

**CV 16 5402**

BRIAN R. GRANTHAM

Plaintiff(s),

vs.

HUNT & HENRIQUES

Defendant(s).

Case Number: *[leave blank]*

HRL

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐   No ☒

1. **Parties in this Complaint**

   a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

   Name: BRIAN R. GRANTHAM
   Address: 1290 EAST 23RD ST.
   MERCED, CA 95340
   Phone number: (209) 261-2602

COMPLAINT
PAGE 1 OF 7 [JDC TEMPLATE]

rev: 6/2013

b. **Defendant(s).** Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.

**Defendant 1:**

Name: HUNT & HENRIQUES, ATTYS. AT LAW

Address: 151 BERNAL RD, STE #8

SAN JOSE, CA 95119-1306

**Defendant 2:**

Name: _____

Address: _____

_____

**Defendant 3:**

Name: _____

Address: _____

_____

**Defendant 4:**

Name: _____

Address: _____

_____

2. **Jurisdiction**

Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

☒ My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

Which law(s) or right(s) are involved? DEFENDANT VIOLATION OF 15 U.S.C. § 1692 (THE FAIR DEBT COLLECTION PRACTICES ACT / FDCPA)

☐ My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants AND the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 7 [JDC TEMPLATE]

rev: 6/2013

3. **Venue**

This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because __OF REASONS #1 AND #2 STATED ABOVE.__

4. **Intradistrict Assignment**

There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.

This lawsuit should be assigned to [Select one: San Francisco/Oakland, **San Jose**, OR Eureka] Division of this Court because __DEFENDANT'S PRINCIPAL PLACE OF BUSINESS IS IN SAN JOSE__

5. **Statement of Facts and Claims**

Write a short and simple description of the <u>facts</u> of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered

COMPLAINT
PAGE __3__ OF __7__ [JDC TEMPLATE]

paragraph, starting with 5a, 5b, and so on.  Attach additional sheets of paper as necessary.  You may attach documents that support your claims to the end of this Complaint as exhibits.  Explain what each exhibit is, when and how you got it, and how it supports your claims.  Attaching a document to your Complaint does not necessarily mean that it will be accepted as evidence.

(5a) ON SEPTEMBER 23, 2015, HUNT & HENRIQUES MAILED ME A LETTER ENTITLED "NOTICE OF INTENT TO FILE SUIT AND INCUR COURT COSTS"
A COPY OF THIS LETTER IS ATTACHED TO THE COMPLAINT.
(5b) HUNT & HENRIQUES IS A LAW FIRM WHOSE PRIMARY BUSINESS IS THE COLLECTION OF CONSUMER DEBT ASSIGNED BY THIRD PARTIES. HUNT & HENRIQUES MEETS THE DEFINITION OF A "DEBT COLLECTOR" FOR PURPOSES OF THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692)(HEREINAFTER "FDCPA").
(5c) IN THE LETTER OF SEPT. 23, 2015, HUNT & HENRIQUES MAKES THE FOLLOWING CLAIM:
"LEGAL ACTION COULD RESULT IN A JUDGMENT AGAINST YOU THAT WOULD INCLUDE THE COSTS AND NECESSARY DISBURSEMENTS WHICH SHALL BE LIMITED TO THE ACTUAL COST OF THE FILLING (SIC) FEE, THE ACTUAL COSTS OF SERVICE OF PROCESS AND ... REASONABLE ATTORNEYS' FEES." (UNDERSCORE ADDED).
THE LETTER MAKES NO REFERENCE TO ANY SPECIFIC CODE SECTION WHICH WOULD ALLOW FOR RECOVERY OF THE COSTS LISTED.
(5d) THERE IS NO PROVISION IN EITHER CALIFORNIA OR FEDERAL LAW WHICH PROVIDES FOR THE RECOVERY OF ANYTHING CALLED A "FILLING FEE." CLAIMING THAT

COMPLAINT
PAGE 4 OF 7 [JDC TEMPLATE]

(5d) A JUDGMENT AGAINST ME COULD RESULT IN THE REWARD/RECOVERY OF A "FILLING FEE" IS IN VIOLATION OF MULTIPLE PROVISIONS OF THE FDCPA, INCLUDING § 1692e(2)(B), 1692e(5), 1692e(10) AND 1692(f).

(5e) IT IS MY UNDERSTANDING THAT THE NINTH CIRCUIT HAS HELD THAT FDCPA VIOLATIONS ARE TO BE INTERPRETED UNDER A STANDARD OF STRICT LIABILITY.

(5f) IT IS ALSO MY UNDERSTANDING THAT COMMUNICATIONS FROM DEBT COLLECTORS ARE TO BE CONSIDERED, ACCORDING TO THE NINTH CIRCUIT, FROM THE PERSPECTIVE OF THE "LEAST SOPHISTICATED CONSUMER."

6. **Demand for Relief**

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

I AM ASKING FOR THE STATUTORY RELIEF PROVIDED BY THE FDCPA :
 a) AN AWARD OF ONE THOUSAND DOLLARS ($1000.)
 b) ALL COSTS, INCLUDING FILING FEES, SERVICE OF PROCESS, REASONABLE ATTORNEY FEES AND ANY OTHER COSTS ENGENDERED BY THIS SUIT.

7. **Demand for Jury Trial**

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☐ Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: 9/19/16    Sign Name: Brian R Grantham
                 Print Name: BRIAN R GRANTHAM

COMPLAINT
PAGE 6 OF 7 [JDC TEMPLATE]

rev: 6/2013

**HUNT & HENRIQUES**

MICHAEL S. HUNT
JANALIE HENRIQUES

ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306

TELEPHONE (800)496-5048

September 23, 2015

BRIAN R GRANTHAM
1290 E 23RD ST
MERCED CA 95340-4164

Re: **NOTICE OF INTENT TO FILE SUIT AND INCUR COURT COSTS**
CAPITAL ONE BANK (USA), N.A.
Account number ending in: 3868
Balance due as of September 23, 2015: $5,348.71

Dear BRIAN R GRANTHAM:

The purpose of this letter is to advise you that our firm intends to file suit against you on behalf of our client CAPITAL ONE BANK (USA), N.A.. Legal action could result in a judgment against you that would include the costs and necessary disbursements which shall be limited to the actual cost of the filling fee, the actual costs of service of process and, when otherwise specifically allowed by law, reasonable attorneys' fees.

This communication is from a debt collector.

Very truly yours,

*[signature]*

Andrea Watkins
Hunt & Henriques
Attorneys at Law


HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE CA 95119-1306
RETURN SERVICE REQUESTED


BRIAN R GRANTHAM
1290 E 23RD ST
MERCED CA 95340-4164

COMPLAINT EXHIBIT A

PAGE 7 of 7