UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN R. GRANTHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUNT & HENRIQUES,<br><br>　　　　Defendant. | Case No. 5:16-cv-05402-HRL<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |

Plaintiff Brian R. Grantham filed this action on September 21, 2016. He was given leave to proceed in forma pauperis. There has been no appearance by defendant. Additionally, the court held an Initial Case Management Conference on January 17, 2017. However, plaintiff did not appear. Nor did he file a Case Management Statement as required by Civil Local Rule 16-9.

Accordingly, plaintiff shall appear in person before this court on **January 31, 2017, 10:00 a.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California and show cause why this case should not be dismissed for failure to prosecute and for failure to adhere to court deadlines.

SO ORDERED.

Dated:   January 17, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-05402-HRL Notice sent by U.S. Mail to:

Brian R. Grantham
1290 East 23rd Street
Merced, CA 95340

2