UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN R. GRANTHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUNT & HENRIQUES,<br><br>　　　　　Defendant. | Case No. 5:16-cv-05402-HRL<br><br>**ORDER FOR REASSIGNNMENT TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMNENDATION RE DISMISSAL** |

Plaintiff Brian R. Grantham, proceeding pro se and in forma pauperis, filed this action on September 21, 2016, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. There has been no appearance by defendant. The court held an Initial Case Management Conference on January 17, 2017. However, plaintiff did not appear. Nor did he file a Case Management Statement as required by Civil Local Rule 16-9.

On January 17, 2017, this court issued an order directing plaintiff to appear on January 31, 2017 and show cause why this case should not be dismissed for failure to prosecute and for failure to adhere to court deadlines. Plaintiff made no appearance at that hearing.

Because not all parties have consented to the undersigned's jurisdiction, this court ORDERS the Clerk of the Court to reassign this case to a District Judge. The undersigned further RECOMMENDS that this case be dismissed without prejudice for failure to prosecute and failure to comply with the court's deadlines and orders. Any party may serve and file objections to this

1  Report and Recommendation within fourteen days after being served.  Fed. R. Civ. P. 72.

2  SO ORDERED.

3  Dated:   January 31, 2017

HOWARD R. LLOYD
United States Magistrate Judge

1   5:16-cv-05402-HRL Notice sent by U.S. Mail on January 31, 2017 to:

2   Brian R. Grantham
3   1290 East 23rd Street
    Merced, CA 95340

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28